**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Paul SOYK, Defendant—Appellant.**

**No. 02–2178.**

United States Court of Appeals, Sixth Circuit.

Dec. 22, 2003.

Jennifer J. Peregord, Detroit, MI, for Plaintiff-Appellee.

Andrew N. Wise, Natasha D. Thompson, Detroit, MI, for Defendant-Appellant.

BEFORE: BATCHELDER and SUTTON, Circuit Judges; and BELL, District Judge.*

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon the consideration thereof,

sitting by designation.

It is **ORDERED** that the judgment of the district court be, and it hereby is, AFFIRMED for reasons as stated from the bench.